TOWNSEND AND TOWNSEND AND CREW LLP
DAVID E. SIPIORA (State Bar No. 124951)
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
Email: *desipiora@townsend.com*

TOWNSEND AND TOWNSEND AND CREW LLP
THEODORE G. BROWN III (State Bar No. 114672)
JULIE J. HAN (State Bar No. 215279)
379 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: *tgbrown@townsend.com*
Email: *jjhan@townsend.com*

Attorneys for Defendant
LSI CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION, <br><br> Defendant. | Case No. 10-cv-05446-EMC <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** ; ORDER |

   Plaintiff Rambus Inc. ("Rambus") and Defendant LSI Corporation ("LSI") hereby stipulate through their respective attorneys as follows:

   WHEREAS, on December 2, 2010, Rambus served its Complaint upon LSI;

   WHEREAS, LSI's Answer or other response to the Complaint is presently due on or before December 23, 2010; and

   WHEREAS, Rambus and LSI, through their respective attorneys, have agreed to extend by thirty (30) days the time by which LSI must answer or otherwise respond to the Complaint.

1   IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2   attorneys that LSI will have until and including January 24, 2011 to file and serve its Answer or
3   otherwise respond to the Complaint.

4   DATED:  December 16, 2010          MUNGER, TOLLES, & OLSON LLP

6                                      By:  /s/ *Peter A. Detre*
                                            Peter A. Detre

7                                      Attorneys for Plaintiff
8                                      RAMBUS INC.

10  DATED:  December 16, 2010          TOWNSEND AND TOWNSEND AND CREW LLP

11                                     By:  /s/ *Julie J. Han*
12                                          Julie J. Han

13                                     Attorneys for Defendant
                                       LSI CORPORATION

19  PURSUANT TO STIPULATION, IT IS SO ORDERED:

21  DATED:  _____12/20_____, 2010

23                                     Honorable _____
24                                     _____ Judge
                                       IT IS SO ORDERED
                                       Judge Edward M. Chen
                                       UNITED STATES DISTRICT COURT
                                       NORTHERN DISTRICT OF CALIFORNIA

28  63053623 v1

**ATTESTATION CLAUSE REGARDING SIGNATURES**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that I have on file permission to sign for counsel, as indicated by a "conformed" signature (/s/) within this e-filed document.

TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ *Julie J. Han*
    Julie J. Han

Attorneys for Defendant
LSI CORPORATION