1    (All parties and counsel listed on Signature Page)

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
9                             SAN FRANCISCO DIVISION

10

11   RAMBUS INC.,                          | Case No. 3:10-cv-05446 RS

12             Plaintiff,                   | **STIPULATION RE EXPERT WITNESSES**

13        v.                               | Judge:        Hon. Richard Seeborg
                                           |               Courtroom 3, 17th Floor
14   LSI CORPORATION,
                                           | Special Master: Hon. Vaughn R. Walker (Ret.)
15             Defendant.

16   RAMBUS INC.,                          | Case No. 3:10-cv-05449 RS

17             Plaintiff,

18        v.

19   STMICROELECTRONICS N.V.;
     STMICROELECTRONICS INC.,
20
               Defendants.
21

22

23

24

25

26

27

28

1    The parties, through their undersigned counsel of record, hereby agree as follows:

2        1. "Designating Party," "Protected Material," and "Expert" have the definitions set forth

3    in the Amended Protective Order filed in these cases on March 14, 2012 (the "Protective Order").

4        2. Unless otherwise ordered by the court or agreed in writing by the Designating Party, a

5    Party that seeks to disclose to an Expert any Protected Material first must make a written request

6    to the Designating Party that (a) sets forth the full name of the Expert and the city and state of his

7    or her primary residence, (b) attaches a copy of the Agreement to be Bound by Protective Order,

8    in the form provided in Exhibit A to the Protective Order, signed by the Expert, (c) attaches a

9    copy of the Expert's current resume, (d) identifies the Expert's current and former employer(s)

10   for the past ten (10) years, and (e) identifies (by name and number of the case, filing date, and

11   location of court) any litigation in connection with which the Expert has provided any

12   professional services during the preceding four years.[1]

13       3. A Party that makes a request and provides the information specified in the preceding

14   paragraph may disclose the subject Protected Material to the identified Expert unless, within

15   seven (7) court days of delivering the request, the Party receives a written objection from the

16   Designating Party.  Any such objection must set forth in detail the grounds on which it is based.

17       4. A Party that receives a timely written objection must meet and confer with the

18   Designating Party to try to resolve the matter by agreement within five (5) days of the written

19   objection.  If no agreement is reached, the Party seeking to make the disclosure to the Expert may

20   file a motion as provided in Civil Local Rule 7 seeking permission from the Court to do so.  Any

21   such motion must describe the circumstances with specificity, set forth in detail the reasons for

22   which the disclosure to the Expert is reasonably necessary, assess the risk of harm that the

23   disclosure would entail and suggest any additional means that might be used to reduce that risk.

24   In addition, any such motion must be accompanied by a declaration in which the movant

25

---

26   [1] If the Expert believes any of this information is subject to a confidentiality obligation to a third-
     party, then the Expert should provide whatever information the Expert believes can be disclosed
27   without violating any confidentiality agreements, and the Party seeking to disclose to an Expert
     (1) shall immediately notify the Designating Party that this information is subject to a
28   confidentiality obligation to a third party, and (2) shall be available to meet and confer with the
     Designating Party regarding any such engagement.

STIPULATION RE EXPERT WITNESSES
CASE NOS. 3:10-CV-05446, 3:10-CV-05449

1    describes the parties' efforts to resolve the matter by agreement (i.e., the extent and the content of

2    the meet and confer discussions) and sets forth the reasons advanced by the Designating Party for

3    its refusal to approve the disclosure.

4        5.  In any such proceeding the Party opposing disclosure to the Expert shall bear the

5    burden of proving that the risk of harm that the disclosure would entail (under the safeguards

6    proposed) outweighs the Receiving Party's need to disclose the Protected Material to its Expert.

7

8

9    DATED: April 25, 2012            MUNGER, TOLLES & OLSON LLP

10

11                                      By: _____ */s/ Peter A. Detre* _____
                                           Peter A. Detre

12

13                                    Attorneys for Plaintiff
                                   RAMBUS INC.

14

15    DATED: April 25, 2012            KILPATRICK TOWNSEND & STOCKTON LLP

16

17                                      By: _____ */s/ Jonathan D. Link* _____
                                         Jonathan D. Link

18

19                                    Attorneys for Defendant
                                   LSI CORPORATION

20

21

22

23

24

25

26

27

28

       STIPULATION RE EXPERT WITNESSES
                                 CASE NOS. 3:10-CV-05446, 3:10-CV-05449

1

2   DATED: April 25, 2012             K&L GATES LLP

3

4                            By: _____ /s/ Elaine Y. Chow _____
                                            Elaine Y. Chow

5

6                            Attorneys for Defendants
                           STMICROELECTRONICS N.V. and

7                            STMICROELECTRONICS INC.

8

9                              Filer's Attestation

10            I, Peter A. Detre, am the ECF user whose identification and password are being

11 used to file this **STIPULATION RE EXPERT WITNESSES.**  In compliance with General

12 Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

13 DATED:  April 25, 2012

14                                _____ /s/ Peter A. Detre _____

15

16

17 IT IS SO ORDERED.

18

19

20 DATED: April _25_, 2012

21                                Hon. Vaughn R. Walker (Ret.)
                                   Special Master

22

23

24

25

26

27

28

STIPULATION RE EXPERT WITNESSES
CASE NOS. 3:10-CV-05446, 3:10-CV-05449