IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., | No. C 10-05446 RS |
|       Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| LSI CORP., | |
|       Defendant. | |
| RAMBUS INC., | No. C 10-05449 RS |
|       Plaintiff, | |
| v. | |
| STMICROELECTRONICS, | |
|       Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 10, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY. Discovery shall be limited as follows: (a) defendants shall have 120 collective hours of fact depositions and Rambus shall have 60 hours in each case.

2. NUMBER OF CLAIMS.  Rambus shall be limited to 35 asserted claims at this juncture of the litigation subject to a further reduction in the number of permitted claims at a later point in this action.

IT IS SO ORDERED.

DATED:  5/10/12

_____
RICHARD SEEBORG
United States District Judge