GREGORY P. STONE (SBN 078329)
gregory.stone@mto.com
KATHERINE K. HUANG (SBN 219798)
katherine.huang@mto.com
PETER E. GRATZINGER (SBN 228764)
peter.gratzinger@mto.com
KEITH R.D. HAMILTON (SBN 252115)
keith.hamilton@mto.com
DAVID H. PENNINGTON (SBN 272238)
david.pennington@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (SBN 182619)
peter.detre@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION, <br><br> Defendant. | Case No. 3:10-cv-05446 RS <br><br> [PROPOSED] ORDER GRANTING RAMBUS'S UNOPPOSED MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS FOR DEFENDANT LSI <br><br> Special Master: Hon. Vaughn Walker <br><br> Related Case No.   3:10-cv-05449-RS |

17888030.1

[PROPOSED] ORDER RE MOTION TO AMEND
INFRINGEMENT CONTENTIONS
CASE NO. 3:10-CV-05446 RS

1  On June 13, 2012 Rambus submitted "Rambus's Unopposed Motion for Leave to Amend
2  Infringement Contentions For Defendant LSI." The matter was discussed at a telephonic hearing
3  on June 27, 2012 attended by all parties. For the reasons set forth in the motion and good cause
4  shown therein, the motion is GRANTED.

6  IT IS SO ORDERED.

8  DATED: June 27, 2012

_____
Hon. Vaughn Walker (Ret.)
Special Master