GREGORY P. STONE (SBN 078329)
*gregory.stone@mto.com*
KATHERINE K. HUANG (SBN 219798)
*katherine.huang@mto.com*
PETER E. GRATZINGER (SBN 228764)
*peter.gratzinger@mto.com*
KEITH R.D. HAMILTON (SBN 252115)
*keith.hamilton@mto.com*
DAVID H. PENNINGTON (SBN 272238)
*david.pennington@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsímile: (213) 687-3702

PETER A. DETRE (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

DAVID E. SIPIORA (SBN 124951)
*dsipiora@kilpatricktownsend.com*
DANIEL S. YOUNG (*Pro Hac Vice*)
*dsyoung@kilpatricktownsend.com*
JOHN CADKIN (*Pro Hac Vice*)
jcadkin@*kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

SUSAN M. SPAETH (SBN 142652)
*sspaeth@kilpatricktownsend.com*
ROBERT J. ARTUZ (SBN 227789)
*rartuz@kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendant
LSI CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LSI CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:10-CV-05446- RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE ADR** |

1    WHEREAS, on July 8, 2011, Rambus Inc. and LSI Corporation filed a stipulation in this matter agreeing to hold a mediation before a private ADR provider within 60 days of the Court's claim construction ruling;

WHEREAS, the Court issued its claim construction ruling on September 26, 2012, making the deadline for the agreed-upon mediation November 26, 2012;

WHEREAS, the parties have agreed to hold a mediation before the Honorable Edward A. Infante of JAMS; and

WHEREAS, the first available mutually convenient date for Judge Infante and the parties to hold the mediation is December 6, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that the deadline for the parties to hold a mediation in this matter is extended through December 6, 2012.

DATED: October 16, 2012                MUNGER, TOLLES & OLSON LLP

                                       By:      */s/ Peter A. Detre*
                                                   Peter A. Detre

                                       Attorneys for Plaintiff
                                       RAMBUS INC.


DATED: October 16, 2012                KILPATRICK TOWNSEND & STOCKTON LLP

                                       By:      */s/ Robert J. Artuz*
                                                   Robert J. Artuz

                                       Attorneys for Defendant
                                       LSI CORPORATION

18953493.1                             - 1 -                    STIPULATION AND
                                                                [PROPOSED] ORDER RE ADR
                                                                CASE NO. 3:10-CV-05446-RS

IT IS SO ORDERED.

Dated: 10/18/12

Honorable Richard Seeborg
United States District Court Judge

Filer's Attestation

I, Peter A. Detre, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE ADR**.  In compliance with General Order 45.X.B, I hereby attest that Robert J. Artuz concurs in this filing.

DATED: October 16, 2010

*/s/ Peter A Detre*

18953493.1

- 2 -

STIPULATION AND
[PROPOSED] ORDER RE ADR
CASE NO. 3:10-CV-05446-RS