IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> LSI CORPORATION, <br><br> Defendant. | Case No. 3:10-cv-05446 RS <br><br> DENYING <br> **[PROPOSED]** ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS' MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS |
| RAMBUS INC., <br><br> Plaintiff, <br><br> vs. <br><br> STMICROELECTRONICS N.V.; STMICROELECTRONICS INC., <br><br> Defendants. | Case No. 3:10-cv-05449 RS |

////

////

////

////

1  After having considered the papers filed by Defendants LSI Corporation, STMicroelectronics
2  N.V., and STMicroelectronics Inc. in support of their unopposed Motion for Order Shortening Time
3  for Hearing on their Motion to Limit the Number of Asserted Claims filed with the Court on October
4  24, 2012, the inferences reasonably deducible therefrom, and for good cause shown,
5  IT IS HEREBY ORDERED that the Motion is GRANTED.  Defendants' Motion to Limit the
6  Number of Asserted Claims shall be heard on November 15, 2012 at 10:00 a.m. in Courtroom 3 on
7  the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  Plaintiff
8  Rambus Inc. shall file its opposition papers on November 7, 2012.  Defendants shall file their reply
9  papers on November 12, 2012.
10  IT IS SO ORDERED.

12  Dated: __10/26/12_____



_____
UNITED STATES DISTRICT JUDGE

DENIED
Judge Richard Seeborg

---

CASE NOS. C 10-05446 RS & C 10-05449 RS   - 2 -   Printed on Recycled Paper
[Proposed] Order Shortening Time