| | |
|---|---|
| GREGORY P. STONE (SBN 078329) | DAVID E. SIPIORA (SBN 124951) |
| *gregory.stone@mto.com* | *dsipiora@kilpatricktownsend.com* |
| KATHERINE K. HUANG (SBN 219798) | DANIEL S. YOUNG (*Pro Hac Vice*) |
| *katherine.huang@mto.com* | *dsyoung@kilpatricktownsend.com* |
| PETER E. GRATZINGER (SBN 228764) | JOHN CADKIN (*Pro Hac Vice*) |
| *peter.gratzinger@mto.com* | jcadkin@*kilpatricktownsend.com* |
| KEITH R.D. HAMILTON (SBN 252115) | KILPATRICK TOWNSEND & STOCKTON LLP |
| *keith.hamilton@mto.com* | 1400 Wewatta Street, Suite 600 |
| DAVID H. PENNINGTON (SBN 272238) | Denver, CO 80202-5556 |
| *david.pennington@mto.com* | Telephone:  (303) 571-4000 |
| MUNGER, TOLLES & OLSON LLP | Facsimile:  (303) 571-4321 |
| 355 South Grand Avenue, 35th Floor | |
| Los Angeles, CA 90071-1560 | ROBERT J. ARTUZ (SBN 227789) |
| Telephone: (213) 683-9100 | *rartuz@kilpatricktownsend.com* |
| Facsimile: (213) 687-3702 | KILPATRICK TOWNSEND & STOCKTON LLP |
| PETER A. DETRE (SBN 182619) | 1080 Marsh Road |
| *peter.detre@mto.com* | Menlo Park, CA 94025 |
| MUNGER, TOLLES & OLSON LLP | Telephone:  (650) 326-2400 |
| 560 Mission Street, 27th Floor | Facsimile:  (650) 326-2422 |
| San Francisco, CA 94105 | |
| Telephone: (415) 512-4000 | Attorneys for Defendant |
| Facsimile: (415) 512-4077 | LSI CORPORATION |

Attorneys for Plaintiff
RAMBUS INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RAMBUS INC., | Case No. 3:10-CV-05446- RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON LSI'S MOTION TO AMEND** |
| v. | |
| LSI CORPORATION, | |
| Defendant. | |

1  WHEREAS, the motion of Defendant LSI Corporation ("LSI") for leave to amend its
2 answer and counterclaims is set for hearing on February 28, 2013, at 1:30 p.m.;

3  WHEREAS, on February 19, 2013, it was announced that Plaintiff Rambus Inc. and LSI
4 have agreed to settle all pending disputes between the parties;

5  WHEREAS, the parties expect that, pursuant to the terms of the parties' settlement
6 agreement, they will shortly file a stipulation dismissing all claims and counterclaims in this
7 action; and

8  WHEREAS, the parties agree that, if the hearing on LSI's motion were continued for two
9 weeks, it is highly likely that the stipulation of dismissal will be filed during that time and the
10 hearing could be removed from the Court's calendar.

11  NOW, THEREFORE, it is hereby stipulated by and between the parties through their
12 counsel of record that, subject to the Court's approval, the hearing on LSI's motion for leave to
13 amend its answer and counterclaims shall be continued until March 14, 2013, at 1:30 p.m.

DATED: February 22, 2013

MUNGER, TOLLES & OLSON LLP

By:  */s/ Peter A. Detre*
     Peter A. Detre

Attorneys for Plaintiff
RAMBUS INC.

DATED: February 22, 2013

KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ Robert J. Artuz*
     Robert J. Artuz

Attorneys for Defendant
LSI CORPORATION

- 1 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING
CASE NO. 3:10-CV-05446-RS

| | |
|---|---|
| 1 | <u>Filer's Attestation</u> |
| 2 | I, Peter A. Detre, am the ECF user whose identification and password are being |
| 3 | used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| 4 | **ON LSI'S MOTION TO AMEND**.  In compliance with General Order 45.X.B., I hereby attest |
| 5 | that the above-named signatories concur in this filing. |

DATED: February 22, 2013

_____*/s/ Peter A. Detre*_____

IT IS SO ORDERED.

Dated:  2/22/13 _____              _____
                                           Honorable Richard Seeborg
                                           United States District Court Judge