GREGORY P. STONE (SBN 078329)
*gregory.stone@mto.com*
KATHERINE K. HUANG (SBN 219798)
*katherine.huang@mto.com*
PETER E. GRATZINGER (SBN 228764)
*peter.gratzinger@mto.com*
KEITH R.D. HAMILTON (SBN 252115)
*keith.hamilton@mto.com*
DAVID H. PENNINGTON (SBN 272238)
*david.pennington@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (SBN 182619)
*peter.detre@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Plaintiff
RAMBUS INC.

DAVID E. SIPIORA (SBN 124951)
*dsipiora@kilpatricktownsend.com*
DANIEL S. YOUNG (*Pro Hac Vice*)
*dsyoung@kilpatricktownsend.com*
JOHN CADKIN (*Pro Hac Vice*)
jcadkin@*kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street, Suite 600
Denver, CO 80202-5556
Telephone:  (303) 571-4000
Facsimile:  (303) 571-4321

ROBERT J. ARTUZ (SBN 227789)
*rartuz@kilpatricktownsend.com*
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422

Attorneys for Defendant
LSI CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RAMBUS INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LSI CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:10-CV-05446- RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |

1  WHEREAS, Plaintiff Rambus Inc. ("Rambus") and Defendant LSI Corporation ("LSI") have settled this matter on mutually-agreeable terms.

NOW, THEREFORE, on the basis of the settlement reached, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

1. Rambus hereby dismisses all claims brought against LSI in this action with prejudice;

2. LSI hereby dismisses all counterclaims brought against Rambus in this action with prejudice;

3. Each party shall bear its own costs and attorneys' fees.

DATED: February 25, 2013

MUNGER, TOLLES & OLSON LLP

By: */s/ Peter A. Detre*
 Peter A. Detre

Attorneys for Plaintiff
RAMBUS INC.

DATED: February 25, 2013

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ David E. Sipiora*
 David E. Sipiora

Attorneys for Defendant
LSI CORPORATION

- 1 -

STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL
CASE NO. 3:10-CV-05446-RS

<u>Filer's Attestation</u>

I, Peter A. Detre, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**. In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED: February 25, 2013

                                                         _____*/s/ Peter A. Detre*_____

IT IS SO ORDERED.

Dated:  _2/26/13_____                    _____[signature]_____
                                                                              Honorable Richard Seeborg
                                                                              United States District Court Judge

- 2 -                                  STIPULATION AND
                                                   [~~PROPOSED~~] ORDER OF DISMISSAL
                                                   CASE NO. 3:10-CV-05446-RS